IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DE LAGE LANDEN FINANCIAL SERVICES, INC.**<br>              Plaintiff,<br>      v.<br><br>**TOPEKA HOSPITAL, LLC, TOPEKA HEALTH SYSTEM, LLC, and SAMUEL MOORE**<br>              Defendants. | **CIVIL ACTION NO. 22-1834** |

# ORDER

**AND NOW,** this 6th day of March 2023, upon consideration of the Motion of Defendants Topeka Hospital, LLC, and Topeka Health System LLC to Set Aside Default [Doc. No. 6] and the opposition thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED** and the default judgment is **SET ASIDE** as void. It is further **ORDERED** that Defendants Topeka Hospital, LLC, and Topeka Health System LLC shall respond to the Complaint within 21 days.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**